# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

TRUMAN JONES,

Defendant.

NO. 3:16-CR-127

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 12th day of December, 2018, upon consideration of Defendant Truman Jones' pretrial motions, **IT IS HEREBY ORDERED** that:

(1)  The Motion for Severance (Doc. 179) is **HELD IN ABEYANCE**.

(2)  The Motion to Suppress (Doc. 181) is **DENIED**.

(3)  The Motion to Dismiss Count One of the Indictment (Doc. 183) is **DENIED**.

(4)  The Motion to Dismiss Count Nine of the Indictment (Doc. 221) is **DENIED**.

                                      /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge