# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 3:16-CR-00127 |
| TRUMAN JONES and NADEURDRA VENICECIA MAYHAMS, | (JUDGE CAPUTO) |
| Defendants. | |

## ORDER

**NOW**, this 17th day of May, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss the Indictment pursuant to the Speedy Trial Act filed by Defendant Truman Jones and joined by Defendant Nadeurdra Mayhams (Doc. 343) is **GRANTED**.[1]

(2) The Indictment (Doc. 23) is **DISMISSED without prejudice** as to Defendants Jones and Mayhams,

(3) This Case is **DISMISSED without prejudice** as to Defendants Jones and Mayhams.

A. Richard Caputo
United States District Judge

---

[1] I orally granted the Motion at the May 17, 2019 hearing, stating my reasons for doing so on the record. I briefly repeat those reasons here: I must dismiss the indictment as more than 70 non-excludable days have elapsed without trial since Defendants' initial appearance. That being said, the dismissal is without prejudice because: (1) the drug trafficking crimes Defendants are charged with are serious offenses, *United States v. Stevenson*, 832 F.3d 412, 420 (3d Cir. 2016); (2) a confusing docket filled with filings from numerous defendants with ever-changing counsel led to the delay in this case, not Government misconduct; and (3) Defendants have not shown prejudice resulting from the delay, and the administration of justice favors reprosecution where the crimes charged are serious and where the delay is short (here, approximately 100 days) and inadvertent, *United States v. Archer*, 984 F. Supp. 321, 324 (E.D. Pa. 1997). See 18 U.S.C. § 3162(a)(2).